UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                Plaintiff,

-against-

                                                          Case No. 7:21-mj-10319

Jaime B. Knights

                Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                SO ORDERED.

                                                                 Hon. Martin R. Goldberg
                                                                 United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York